# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA**
    **Plaintiff,**

  **v.**           **Case No. 15-CR-24**

**LISA VERKEN**
     **Defendant.**

---

## <u>ORDER</u>

On March 9, 2016, I sentenced defendant Lisa Verken and her ex-husband and co-defendant, Timothy Kugler, to 12 months and 1 day in prison. I granted both voluntary surrender. Verken and Kugler have children, sharing custody and placement, and I raised the issue of staggering their sentences to address childcare; however, Verken and Kugler attempted to make other arrangements so they could serve their sentences simultaneously. Verken now moves to stay commencement of her sentence until Kugler finishes his, indicating that their childcare arrangements have not materialized and care of their daughters will be jeopardized.

The court lacks authority to modify sentences once imposed, but it may extend the time for voluntary surrender to the Bureau of Prisons. <u>See, e.g.</u>, <u>United States v. Harper</u>, No. 04-cr-17, 2008 U.S. Dist. LEXIS 74912, at *6 (M.D. Ga. Sept. 9, 2008). Verken provides good cause for delaying her report date until after Kugler is released.

**THEREFORE, IT IS ORDERED** that defendant's motion (R. 70) is **GRANTED**, and her report date is extended to a date one week after Kugler is released from prison. The U.S. Probation Office shall, in coordination with the Bureau of Prisons, advise Verken of her new

report date when established.  Verken is reminded that until she reports to prison she remains subject to the conditions of release previously set.

Dated at Milwaukee, Wisconsin, this 2nd day of June, 2016.

/s Lynn Adelman
LYNN ADELMAN
District Judge

2